UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREWS MARKS

              Petitioner,

    v.

A. NEIL CLARK,

              Respondent.

Case No.  C07-5498RJB

ORDER

This Habeas Corpus petition has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.

Mr. Marks now litigates under sanction as a result of improper filings.  As part of that sanction documents filed by Mr. Marks are submitted under seal for court review.  Mr. Marks has filed three documents in this action that are sealed (Dkt. # 3, 4, and 6). Document 3 is the written consent for *in forma pauperis* in this case.  The court orders the document UNSEALED.

Document 4 is the amended petition in this case.  The court orders the document UNSEALED

Document 6 is the original petition.  The court orders the document UNSEALED

The Clerk is directed to mail a copy of this Order to petitioner .

DATED this 10 day of October, 2007.

                          /S/ *J. Kelley Arnold*
                          J. Kelley Arnold
                          United States Magistrate Judge